UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JOSHUA PAYNE,
    Plaintiff

CIVIL NO. 3:13-cv-2203

v.

(Judge Mariani)

C/O DUNCAN, et al.,
    Defendants

### ORDER

NOW, THIS 23rd DAY OF APRIL, 2014, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The partial motion to dismiss (Doc. 14) is **GRANTED**:

   A. Defendants Whalen and Huber are **DISMISSED** from the Complaint entirely and the Clerk of Court is directed to **TERMINATE** them as parties to this action;

   B. Plaintiff is permitted to proceed with his claim of retaliation against Defendants Duncan and Ziegler related to the cell search; and,

   C. All other claims in the Complaint are **DISMISSED**.

2. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

/s/ Mariani
United States District Judge