IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA PAYNE,<br>    Plaintiff, | Civil No. 3:13-cv-2203 |
| v. | (Judge Mariani) |
| C/O DUNCAN, *et al.*,<br>    Defendants. | |

## ORDER

**AND NOW**, this 15th day of May, 2015, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for leave to file an amended/supplemental complaint, (Doc. 50), is **DENIED.**

Robert D. Mariani
United States District Judge